UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| BRADLEY BUTCHER | CASE NUMBER |
|---|---|
| PLAINTIFF(S)  v. | LA CV14 02480-MMM (JCx) |
| CITIGROUP, INC  DEFENDANT(S). | SUMMONS |

TO: DEFENDANT(S): CITIGROUP, INC

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Ryan Lee, Esq._____, whose address is _Krohn & Moss, Ltd.; 10474 Santa Monica Blvd., Suite 405; Los Angeles, CA 90025_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: APR - 2 2014

By: /s/ Rudy
Deputy Clerk

(Seal of the Court)
1164

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. LA CV14 02480-MMM (JCx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CITIGROUP, INC.**

was received by me on *(date)* **04/04/2014**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify)*: I served the summons and complaint to CT CORPORATION NEW YORK INC. C/O Kara, at 111 EIGHTH AVENUE, NEW YORK, NY, 10011, Agent for Service of Process for CITIGROUP, INC on 04/07/2014.

My fees are $ **65.00** for travel and $ _____ for services, for a total of $ **65.00**

I declare under penalty of perjury that this information is true.

Date: **04/08/2014**

*Server's signature*

Efrain Ortiz, Process server
*Printed name and title*

331 E 204th St.
Bronx, NY 10467
*Server's address*

Additional information regarding attempted service, etc: