JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY BUTCHER,<br><br>        Plaintiff,<br>vs.<br><br>CITIGROUP, INC.,<br><br>        Defendant. | Case No.: **2:14-cv-02480 PA (JCx)**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 13, 2015

_____
The Honorable Judge
Percy Anderson
United States District Judge

**JS-6**